# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER ALAN JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1846** |
| **JUDICIAL SYSTEM OF LOUISIANA ON BEHALF OF ORLEANS PARISH COURTS, ET AL.** | **SECTION "I"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Christopher Alan Jackson's 42 U.S.C. § 1983 complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 4th day of April, 2022.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**